**Ed. GOEBEL, Doing Business as Goebel Motors, Appellant, v. Chester BOWLES, Administrator, Office of Price Administration.**

No. 12847.

Circuit Court of Appeals, Eighth Circuit.

April 18, 1944.

Lyche & Lyche, of Grand Forks, N. D., and Harlan W. Kelley, of Milwaukee, Wis., for appellant.

George J. Burke, Gen. Counsel, Office of Price Administration, David London, Chief, Appellate Section, Office of Price Administration, James S. Ericksson, Chief Enforcement Atty., Office of Price Administration, all of Washington, D. C., and John W. Kehoe, Enforcement Atty., Office of Price Administration, of Grand Forks, N. D., for appellee.

PER CURIAM.

Appeal from order of District Court complained of dismissed without taxation of costs in favor of either party in this Court, on stipulation of parties.

**GOOCH MILLING & ELEVATOR COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12372.

Circuit Court of Appeals, Eighth Circuit.

Feb. 25, 1944.

F. W. McReynolds, of Washington, D. C., and Denis M. Kelleher, of Fort Dodge, Iowa, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, J. Louis Monarch, Newton K. Fox, and Arthur A. Armstrong, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Robert L. Williams, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Judgment of this Court of January 29, 1943, 133 F.2d 131, vacated, set aside and held for naught, and decision of United States Board of Tax Appeals, now the Tax Court of the United States, affirmed in accordance with provisions of mandate of the Supreme Court of the United States, on motion of counsel for Commissioner of Internal Revenue, without taxation of costs in favor of either of the parties in this Court.

**Frank E. GRAHAM, Appellant, v. UNITED STATES of America, Appellee.**

No. 10457.

Circuit Court of Appeals, Ninth Circuit.

Jan. 6, 1944.

Morris Lavine, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for dismissal of appeal herein, and good cause therefor appearing, it is ordered that the motion to dismiss be and hereby is granted, that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court issue forthwith.